# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00658-CV

**In re Kevin L. Gamble**

## ORIGINAL PROCEEDING FROM DALLAS COUNTY

## M E M O R A N D U M   O P I N I O N

Kevin Gamble requests that this Court issue a writ of mandamus ordering the Dallas County District Clerk to transmit documents. He also refers to a request for the official court reporter of the 282nd District Court in Dallas County to provide a reporter's record from his 1991 trial in Dallas County. We recently dismissed a petition from Gamble in which he similarly requested that a writ of mandamus issue against the district clerk of Dallas County. *See In re Gamble*, 03-08-00614-CV (Tex. App.—Austin Oct. 22, 2008, orig. proceeding). In that opinion, as in this case, we note that our mandamus authority does not extend beyond our district in such cases. *See id*.; *see also* Tex. Gov't Code Ann. § 22.221 (West 2004). Dallas County is not within this Court's geographical jurisdictional limits. *See id*. § 22.201(d) (West Supp. 2008). The petition for writ of mandamus is dismissed.

G. Alan Waldrop, Justice

Before Justices Puryear, Pemberton and Waldrop

Filed:  November 14, 2008